IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANTONIO TERRELL HOLLIMAN**　　　　　　　　　　　　　　**PLAINTIFF**
*ADC #178448*

v.　　　　　　　　CASE NO. 2:22-CV-00250-BSM

**CHARLOTTE PURDY,** News
Reporter, DeWitt Era Enterprise,
and **DEWITT ERA ENTERPRISE**　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE